Ralph H. RICHARDS, Appellant,

v.

Lucretia B. WOODS, Appellee.

Court of Appeals of Kentucky.

Sept. 16, 1960.

J. Earl Dearing, Louisville, for appellant.

Heidenberg & Bossmeyer, Hughett & Hughett, M. A. Hughett, Louisville, for appellee.

PER CURIAM.

Motion for an appeal from a judgment awarding appellant the sum of $300 for legal services rendered in behalf of appellee.

It is our opinion that the record does not support appellant's contention that the fee allowed him does not reasonably compensate him for the services rendered. Therefore, it follows that the trial court did not abuse its discretion.

The motion for an appeal is overruled, and the judgment stands affirmed.

---

Clifford ALLISON et al.

v.

Bryan HENDRICK.

Court of Appeals of Kentucky.

Sept. 16, 1960.

G. D. Milliken, Jr., Bowling Green, for appellants.

E. R. Gregory, Bowling Green, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Warren Circuit Court, Honorable John B. Rodes, Judge, for $551.75, rendered on a verdict for the plaintiff in an action for damages for assault and battery.

The court is of opinion that there is no error in the trial, and the judgment is correct.

Motion for an appeal is overruled, and the judgment stands affirmed.